**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 30, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **First Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors In Possession for the Period February 28, 2025 Through March 31, 2025** (Docket No. 461)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

Furthermore, on May 30, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject the Alleged Honarkar Agreements, Effective as of Rejection Date, (II) Requiring Turnover of Books and Records, and (III) Granting Certain Related Relief** (Docket No. 462)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: June 3, 2025

*Monica Balos*
Monica Balos

State of Colorado     )
                    ) SS.
County of Denver     )

Subscribed and sworn before me this 3rd day of June 2025 by Monica Balos.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **<u>Exhibit A</u>**



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Counsel to the Debtors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, Aaron H. Stulman, and R. Stephen McNeill | csamis@potteranderson.com astulman@potteranderson.com rmcneill@potteranderson.com |
| Mohammad Honarkar and 4G Wireless, Inc | c/o Polsinelli PC | Attn: Christopher A. Ward, Shanti M. Katona, and Stephen A. Smith | cward@polsinelli.com skatona@polsinelli.com |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates/Benjamin A. Hackman | | ustpregion03.wl.ecf@usdoj.gov malcolm.m.bates@usdoj.gov benjamin.a.hackman@usdoj.gov |
| Specialty DIP LLC | c/o Cole Schotz P.C. | Attn: Justin R. Alberto, Stuart Komrower, and Bryant P. Churbuck | jalberto@coleschotz.com skomrower@coleschotz.com bchurbuck@coleschotz.com |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A&S Accounting Solutions | | 321 5th St | | Huntington Beach | CA | 92648 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Michael Farrell, Scott Leipzig, Tim Hsu, Stephanie Roberts, Gabriela Perez, and Matt Marino | 865 South Figueroa Street | Suite 2800 | Los Angeles | CA | 90017 |
| BPM LLP | | 2001 N Main St | Suite 360 | Walnut Creek | CA | 94596 |
| Cal Star Services | | PO Box 1172 | | Loma Linda | CA | 92354 |
| California Office of the Attorney General | | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Camacho's Plumbing and Welding | Attn: Moises Camacho | 5590 W Mission Blvd | | Ontario | CA | 91762 |
| Cantor Group IV LLC | | 520 Newport Center Dr | Suite 480 | Newport Beach | CA | 92660 |
| Cantor Group V LLC | | 520 Newport Center Dr | Suite 480 | Newport Beach | CA | 92660 |
| Coastline Santa Monica Investments LLC | | 520 Newport Center Dr | Suite 480 | Newport Beach | CA | 92660 |
| D&D Wholesale | | 777 Baldwin Park Blvd | | City of Industry | CA | 91746 |
| Delaware Department of Justice | Attn: Attorney General | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| Delaware Secretary of State | Delaware Division of Corporations | PO Box 5509 | | Binghamton | NY | 13902 |
| Delaware State Treasury | | 820 Silver Lake Blvd | Suite 100 | Dover | DE | 19904 |
| Fuscoe | | 15535 Sand Canyon Ave | | Irvine | CA | 92618-3114 |
| Internal Revenue Service (IRS) | Attn: Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 9941, Stop 6552 | | Ogden | UT | 84409-0941 |
| International Marine Products Inc. | | 3020 E Washington Blvd | | Los Angeles | CA | 90023 |
| Kendall Brill & Kelly LLP | | 10100 Santa Monica Blvd | Ste 2500 | Los Angeles | CA | 90067-4116 |
| Liberty Landscaping, Inc. | | 5212 El Rivino Rd | | Riverside | CA | 92509 |
| My Laguna Stay Inc. | | 24351 Armada Dr | | Dana Point | CA | 92629 |
| Newport Meat Company | | PO Box 19726 | | Irvine | CA | 92623 |
| Office of the United States Attorney for the District of Delaware | Attn: U.S. Attorney | 1313 N Market St | PO Box 2046 | Wilmington | DE | 19801 |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates/Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St, Suite 2207 Lockbox #35 | Wilmington | DE | 19801 |
| Prenovost  Normandin | Attn: Tom R. Normandin | 2122 N Broadway | Suite 200 | Santa Ana | CA | 92706 |
| Pro-Line Electrical Contractors, Inc. | | 360 E 1st St #169 | | Tustin | CA | 92780 |
| Reece Bath & Kitchen | | PO Box 740039 | | Los Angeles | CA | 90074-0039 |
| Regal Court Reporting | | 1551 N Tustin Ave | #750 | Santa Ana | CA | 92705 |
| Santa Monica Seafood Company | | 18531 S Broadwick St | | Rancho Dominguez | CA | 90220 |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | 100 F St, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | New York Regional Office, Brookfield Place | 200 Vesey St  Suite 400 | New York | NY | 10281-1022 |
| Smart Key Locksmith | | 25211 Sunnymead Blvd | Suite C-4 | Moreno Valley | CA | 92553 |
| Southern California Grading | | 16291 Construction Circle E | Suite A | Irvine | CA | 92606 |
| Standard Air Mechanical, Inc. | | PO Box 5803 | | Norco | CA | 92860 |
| SureTech Insurance Company | | 2103 City West Blvd | Suite 1300 | Houston | TX | 77042 |
| The Chef's Warehouse West Coast LLC | | PO Box 601154 | | Pasadena | CA | 91189-1154 |
| Traker Development | | 260 Newport Center Dr | Suite 410 | Newport Beach | CA | 92660 |
| Trend Systems Group | | 2126 S Standard Ave | | Santa Ana | CA | 92708 |
| US Foods, Inc. | | File 6993 | | Los Angeles | CA | 90074-6993 |
| Vierergruppe Management Inc. | | 1932 E Deere Ave | Suite 150 | Santa Ana | CA | 92705 |
| Worldwide Produce | | PO Box 745159 | | Los Angeles | CA | 90074-5159 |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A&S Accounting Solutions | | | audra@asaccountingsolutions.com |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Michael Farrell, Scott Leipzig, Tim Hsu, Stephanie Roberts, Gabriela Perez, and Matt Marino | | mfarrell@allenmatkins.com mmarino@allenmatkins.com |
| Banc of California | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill, Edward A. Corma | joneill@pszjlaw.com ecorma@pszjlaw.com |
| Banc of California | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Richard M. Pachulski, Ira D. Kharasch | rpachulski@pszjlaw.com ikharasch@pszjlaw.com |
| BPM LLP | | | mduggans@bpmcpa.com |
| Cal Star Services | | | info@calstar.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Camacho's Plumbing and Welding | Attn: Moises Camacho | | jose@camachorepair.com |
| Cantor Group IV LLC | | | cantorgroupiv@gmail.com |
| Cantor Group V LLC | | | cantorgroupv@gmail.com |
| Coastline Santa Monica Investments LLC | | | coastlinesantamonica@outlook.com |
| D&D Wholesale | | | ddwholesaler@gmail.com |
| Delaware Department of Justice | Attn: Attorney General | | attorney.general@state.de.us attorney.general@delaware.gov |
| Delaware Secretary of State | Delaware Division of Corporations | | jennifer.noel@delaware.gov |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: David L. Going | dgoing@atllp.com |
| Enterprise Bank and Trust | c/o Armstrong Teasdale LLP | Attn: Eric M. Sutty | esutty@atllp.com |
| Fuscoe | | | ar-invoices@fuscoe.com |
| International Marine Products Inc. | | | order@intmarine.com |
| Kendall Brill & Kelly LLP | | | mender@kbkfirm.com |
| Liberty Landscaping, Inc. | | | office@libertylandscaping.com |
| Lone Oak Mortgage Fund, LLC | c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron, Esq. | saron@wrslawyers.com |
| Merritt Farms | c/o Wagner Jones Helser | Attn: Riley C. Walter, Ian J. Quinn | rwalter@wjhattorneys.com ribtecf@wjhattorneys.com iquinn@wjhattorneys.com |
| Mohammad Honarkar and 4G Wireless, Inc | c/o Polsinelli PC | Attn: Christopher A. Ward, Shanti M. Katona, and Stephen A. Smith | cward@polsinelli.com skatona@polsinelli.com sasmith@polsinelli.com |
| Mohammad Honarkar and 4G Wireless, Inc. | c/o Polsinelli PC | Attn: Elisa Hyder, Esq. | ehyder@polsinelli.com |
| My Laguna Stay Inc. | | | vacation@everydaylux.com |
| Newport Meat Company | | | tonys@newportmeat.com |
| Office of the United States Trustee for the District of Delaware | Attn: Malcolm M. Bates/Benjamin A. Hackman | | ustpregion03.wl.ecf@usdoj.gov malcolm.m.bates@usdoj.gov benjamin.a.hackman@usdoj.gov |
| PMF CA REIT, LLC | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Ann M. Kashishian | ann.kashishian@lewisbrisbois.com |
| PMF CA REIT, LLC | c/o Tullius Law Group | Attn:  Jennifer R. Tulliu | jtullius@tulliuslaw.com |
| Preferred Bank | c/o Frandzel Robins Bloom & Csato LC | Attn: Michael J. Gomez, Gerrick Warrington | mgomez@frandzel.com gwarrington@frandzel.com |
| Preferred Bank | c/o Gellert Seitz Busenkell & Brown LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| Prenovost  Normandin | Attn: Tom R. Normandin | | tnormandin@pnbd.com |
| Pro-Line Electrical Contractors, Inc. | | | info@prolineelectrical.com |
| Reece Bath & Kitchen | | | ecomsupport@reece.com |
| Regal Court Reporting | | | info@regalcourtreporting.com |
| Santa Monica Seafood Company | | | orders@smseafood.com |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | hardym@sec.gov<br>chenges@sec.gov |
| Smart Key Locksmith | | | smartkeylocksmiths@yahoo.com |
| Southern California Grading | | | estimating@socalgrading.com |
| Specialty DIP LLC | c/o Cole Schotz P.C. | Attn: Justin R. Alberto, Stuart Komrower, and Bryant P. Churbuck | jalberto@coleschotz.com<br>skomrower@coleschotz.com<br>bchurbuck@coleschotz.com |
| Standard Air Mechanical, Inc. | | | felix96@live.com |
| SureTech Insurance Company | | | zoe.zuo@amwins.com |
| The Chef's Warehouse West Coast LLC | | | chef@chefswarehouse.com |
| The Picerne Group, Inc. | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Avery Jue Meng | rdehney@morrisnichols.com<br>ameng@morrisnichols.com |
| The Picerne Group, Inc. | c/o Paul Hastings LLP | Attn: Roger G. Schwartz, Douglass Barron, Ezra Sutton | rogerschwartz@paulhastings.com<br>douglassbarron@paulhastings.com<br>ezrasutton@paulhastings.com |
| Traker Development | | | jim_trammell@yahoo.com |
| Trend Systems Group | | | reice@trendsystems.net |
| US Foods, Inc. | | | tradeinvoices@usfoods.com |
| Vierergruppe Management Inc. | | | brian@vgruppemanagement.com |
| Wilshire Quinn Income Fund REIT, LLC | c/o Ghidotti Berger, LLP | Attn: Kelsey Luu | mbrooks@ghidottiberger.com<br>bknotifications@ghidottiberger.com |
| Wilshire Quinn Income Fund, LLC | c/o Stern & Eisenberg, PC | Attn: Daire J. Pyle | de_foreclosure@sterneisenberg.com |
| Worldwide Produce | | | shawnb@wwproduce.com |

In re: MOM CA Investco LLC, et al.
Case No.: 25-10321 (BLS)

Page 2 of 2